# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1234

_____

KENNETH S. ROTE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

August 8, 2019


PER CURIAM.

    AFFIRMED.

RAY, C.J., and KELSEY and WINOKUR, JJ., concur.



_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth S. Rote, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.